# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 15, 2023

## NO. 03-21-00130-CV

**Tracen Gardner, Appellant**

**v.**

**Katherine McKenney, Appellee**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order modifying the parent-child relationship signed by the trial court on February 24, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order modifying the parent-child relationship. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.